United States District Court
For the Northern District of California

1
2
3
4
5                           IN THE UNITED STATES DISTRICT COURT

6                        FOR THE NORTHERN DISTRICT OF CALIFORNIA

7
8    J&J SPORTS PRODUCTIONS, INV,                No.  CV 12-01192 JSC

9              Plaintiff,                        **ORDER**

10     v.

11   ELISA FUNES SOLANO,

12             Defendant.
     _____/

13

14   GOOD CAUSE APPEARING THEREFOR,

15        IT IS ORDERED that this case is reassigned to the **Honorable Susan Illston** in the

16   **San Francisco division** for all further proceedings. Counsel are instructed that all future filings shall

17   bear the **initials SI** immediately after the case number. All hearing dates presently scheduled are

18   vacated and motions should be renoticed for hearing before the judge to whom the case has been

19   reassigned. Briefing schedules remain unchanged. *See* Civil L.R. 7-7(d). Matters for which a

20   magistrate judge has already issued a report and recommendation shall not be rebriefed or noticed

21   for hearing before the newly assigned judge; such matters shall proceed in accordance with Fed. R.

22   Civ. P. 72(b).

23

24                                              FOR THE EXECUTIVE COMMITTEE:

25

26   Dated:  May 31, 2012

27   rev 4-12                                    Richard W. Wieking
                                                 Clerk of Court
28