Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Elisa Funes Solano, <br><br> Defendant. | CASE NO. 3:12-cv-01192-SI <br><br> **STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS ELISA FUNES SOLANO, individually and d/b/a MIA PIZZA & TAQUERIA** |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendant ELISA FUNES SOLANO, individually and d/b/a MIA PIZZA & TAQUERIA, that the above-entitled action is hereby dismissed **without prejudice** against ELISA FUNES SOLANO, individually and d/b/a MIA PIZZA & TAQUERIA, and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by May 30, 2013, the dismissal shall be deemed to be **with prejudice.**

///

///

///

///

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1).  Each Party referenced-above and below shall bear its own attorneys' fees and costs.

Dated: April 16, 2013

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated: 5-1-13

**ELISA FUNES SOLANO**
individually and d/b/a
MIA PIZZA & TAQUERIA

**IT IS SO ORDERED:**

Dated: 5/7/13

**The Honorable Susan Illston**
**United States District Court**
**Northern District of California**

STIPULATION OF DISMISSAL
PAGE 2

# PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On May 1, 2013, I caused to serve the following documents entitled:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS ELISA FUNES SOLANO, individually and d/b/a MIA PIZZA & TAQUERIA**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was addressed to:

Elisa Funes Solano            (Defendant)
1405 Nevin Plaza
Richmond, CA 94801

The fully sealed envelope with pre-paid postage was thereafter placed in our law firm's outbound mail receptacle in order that this particular piece of mail could be taken to the United States Post Office in South Pasadena, California later this day by myself (or by another administrative assistant duly employed by our law firm).

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on May 1, 2013, at South Pasadena, California.

Dated: May 1, 2013

INESA MAMIDJANYAN